1  K. Randolph Moore, Esq. SBN 106933
   Tanya Moore, Esq. SBN 206683
2  MOORE LAW FIRM, P.C.
   332 N. Second Street
3  San Jose, CA  95112
   Telephone (408) 271-6600
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Alma Clarisa Hernandez

6

7

8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ALMA CLARISA HERNANDEZ | ) No.  5:10-CV-01539-JF-PVT |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |
| vs. | ) |
| RODAN ENTERPRISES, INC. dba TOGO'S EATERY aka TOGO'S and CAPITOL SQUARE PARTNERS, | ) Assigned to U.S District Judge JEREMY FOGEL<br>) Complaint Filed: 4/9/10 |
| Defendants. | ) |

Plaintiff Alma Clarisa Hernandez, through her attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California, and Defendants Rodan Enterprises Inc. dba Togo's Eatery aka Togo's and Capitol Square Partners, hereby request that the above-captioned action shall be dismissed with prejudice pursuant to Federal Local Civil Rule 41.2.

Date: August 12, 2010                    /s/ Tanya Moore
                                          Tanya Moore
                                          Attorney for Plaintiff

*Hernandez v. Rodan Enterprises Inc., et al*

Stipulation for Dismissal

Page 1

1
2
3

## ORDER

4  ALL PARTIES HAVED SETTLED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.
5

6  **IT IS SO ORDERED.**

7  Dated: 8/16/10  _____

8  U.S. DISTRICT JUDGE J̶E̶M̶E̶R̶Y̶ FOGEL
                      JEREMY

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Hernandez v. Rodan Enterprises Inc., et al*

Stipulation for Dismissal